THOMAS X. KOTAB
4600 SIRIUS AVE APT 158
LAS VEGAS, NV 89102
(775) 964-8150
TKOTAB83@GMAIL.COM



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS X. KOTAB<br>PLAINTIFF<br><br>V.<br><br>U.S. DEPARTMENT OF THE AIR FORCE,<br>HEATHER ANN WILSON,<br>U.S. DEPARTMENT OF DEFENSE,<br>ANTHONY M. KURTA,<br>STEPHANIE P. MILLER | CASE NUMBER<br><br>2:18-cv-02031-KJD-CWH<br><br>DOCUMENT TITLE<br>REQUEST FOR AUTHORIZATION PER LR IC 2-1 (b) |

I, THOMAS X. KOTAB, THE PLAINTIFF, KINDLY REQUEST THIS COURT TO GRANT ME AUTHORIZATION TO FILE ELECTRONICALLY PURSUANT TO LOCAL RULE IC 2-1 (b).

I BELIEVE THIS WILL REDUCE COSTS, EXPEDITE JUDICIAL PROCEEDINGS AND IMPROVE LEGIBILITY OF SOME EXHIBITS.

GIVEN IN CLARK COUNTY, NEVADA ON THE TWENTY SECOND DAY OF OCTOBER, 2018

*[signature]*
THOMAS X. KOTAB