# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS X. KOTAB, | Case No. 2:18-cv-02031-KJD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, et al., | |
| Defendants. | |

This matter is before the court on pro se plaintiff Thomas X. Kotab's motion for leave to file electronically (ECF No. 4), filed on October 22, 2018. The court will grant plaintiff's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file electronically (ECF No. 4) is GRANTED. Plaintiff must comply with the following procedures to activate his CM/ECF account:

(1) By **November 30, 2018**, plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that he is not authorized to file electronically until this certification is filed with the court within the time frame specified.

/ / /

/ / /

(2) After timely filing the certification, plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: October 30, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE